**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

**BRIAN KEITH FLETCHER,**

**Petitioner,**

**v.**                                                  **Case No. CIV-20-159-RAW**

**JIMMY MARTIN, WARDEN**

**Respondent.**

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This matter comes before the court on the limited remand from the Tenth Circuit Court of Appeals to consider whether a certificate of appealability should issue. A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El* v. *Cockrell*, 537 U.S. 322, 327 (2003). The court finds that Mr. Fletcher has not "demonstrate[d] that reasonable jurists would find [this] court's assessment of the constitutional claims debatable or wrong." *Slack* v. *McDaniel*, 529 U.S. 473, 484 (2000). Therefore, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED** on this 21st day of July 2026.

_____
RONALD A. WHITE
UNITED STATES SENIOR DISTRICT JUDGE